Jeffrey I. Golden
Chapter 7 Trustee
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: | Case No.: 8:24-bk-12983-SC |
|---|---|
| CHARLES MICHAEL CABLE | Chapter 7 |
| Debtor. | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:   BENJAMIN HESTON
TO THE ABOVE NAMED DEBTOR

　　　You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **January 22, 2025 at 10:00 AM**, for the reason(s) set forth below:

**　　　You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place - your case may be dismissed by the United States Bankruptcy Court.**

**　　　**NOTE – THIS MEETING WILL TAKE PLACE REMOTELY USING ZOOM. PLEASE VISIT THE TRUSTEE'S WEBSITE https://case.stretto.com/jeffreygolden FOR ZOOM INSTRUCTIONS.**

Dated:    January 3, 2025                                /s/ Jeffrey I. Golden, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY I. GOLDEN, TRUSTEE

　　　I certify that I served the within notice on the above debtor and the debtor attorney and interested parties on January 3, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lori Werner
　　　　　　　　　　　　　　　　　　　　　　　　　　Lori Werner